427 A.2d 1192

Commonwealth v. Nazario, Appellant.

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.

610

Submitted September 13, 1979. Frederick S. Wolf, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.